UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 03-CR-117
    (Green Bay Division)

LARRY STERNAL,

    Defendant.

## ORDER SEALING SUBMISSION DATED MAY 26, 2005

Upon petition of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefore,

IT IS ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the submission filed under this case, Case No. 03-CR-117, on May 27, 2005 be kept under seal, and

THEREFORE ORDERS the Clerk of Court to accept for filing under seal the submission made by the government on May 27, 2005 under Case No. 03-CR-117, including any corresponding order until further order of the court.

Dated this 27th day of May, 2005.

By: _____
HONORABLE WILLIAM C. GRIESBACH
United States District Court Judge